

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00352-CR

William Roy **TATE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-0335-CR-B
Honorable William Old, III, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 11, 2021.

Liza A. Rodriguez, Justice